1 | George Gingo, CA Bar#:   147897
2 | Layne Hayden, CA Bar #:   230478
2 | H. Ronald Sawl, CA Bar#:   138044
3 | 2115 Kern Street, Ste. 2
3 | Fresno, CA  93721
4 | 559 264 4500
5 | 559 264 4842 fax
5 | gingolaw@netzero.com
6 |
7 | Attorneys for Pinnacle Armor, Inc.,

**FILED**
DEC 1 0 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNACLE ARMOR, INC., | Case No.: CIV F 07-1655 LO |
| Plaintiff, | STIPULATION AND PROPOSED ORDER ON BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION |
| vs. | |
| UNITED STATES OF AMERICA, | Date:  1/8/08 |
| Defendant. | Time: 9:00 a.m. |
| | Dept:  Judge O'Neil |

**STIPULATION AND PROPOSED ORDER**

In this action, the Plaintiff has filed a motion for a preliminary injunction with supporting documents. This motion is set for hearing on January 8, 2008, at 9:00 a.m. before Judge O'Neil. Through their respective counsel, Plaintiff Pinnacle Armor, Inc. and Defendant United States of America stipulate to the following briefing schedule for this motion:

1. The Defendants' opposition brief shall be filed by midnight, December 28, 2007.
2. The Plaintiff's reply brief shall be filed by midnight, January 1, 2008.

Dated: December ____, 2007

Tamra Moore
Trial Attorney
Department of Justice

Dated: December 10, 2007

George Gingo

**ORDER**

Based on the above stipulation of all parties to this action, the Court directs that the Defendants opposition brief shall be filed by midnight, December 28, 2007 and the Plaintiffs reply brief shall be filed by midnight, January 1, 2008.

IT IS SO ORDERED.

Dated: Dec 10, 2007

United States District Judge

-2-