JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
VINCENT M. GARVEY
Deputy Branch Director
TAMRA T. MOORE
Attorneys, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8460

McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93271
Telephone: (559) 497-4000

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNACLE ARMOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA <br> Defendant. | 1:07-cv-01655-LJO-DLB <br><br> STIPULATION REGARDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT AND PROPOSED ORDER |

In light of this Court's January 7, 2008 Order (Dkt. No. 14), denying Plaintiff's Motion for Preliminary Injunction, Plaintiff, Pinnacle Armor, Inc., and Defendants, United States Department of Justice and the National Institute of Justice (collectively, "the NIJ"), by and through undersigned counsel, hereby stipulate pursuant to Local Rule 6-144(a), subject to the approval of this Court, that the NIJ has until February 29, 2008, to respond to all of the claims set forth in Plaintiff's First Amended Verified Complaint ("FAVC"), filed December 4, 2007 (Dkt.

No. 6).

The parties seek this enlargement of time to determine the best way to proceed with this litigation in a manner that conserves the parties' and the court's resources and time.

Respectfully submitted,

Dated: January 9, 2008         /s/
                               GEORGE GINGO
                               Counsel for Plaintiff

Dated: January 9, 2008         /s/ Tamra T. Moore
                               TAMRA T. MOORE
                               Counsel for Defendants

### ORDER

Based on the above stipulation of all parties to this action, the Court directs that the NIJ's response to all of the claims set forth in the Plaintiff's First Amended Verified Complaint shall be filed on or before February 29, 2008.

IT IS SO ORDERED.

**Dated:   January 17, 2008**         /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE