IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNACALE ARMOR, INC., | CASE NO. CV F 07-1655 LJO DLB |
| Plaintiff, | **ORDER TO TAKE MOTION TO DISMISS UNDER SUBMISSION** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

This Court VACATES the March 11, 2008 hearing on defendant's motion to dismiss and considers the motion on the record, pursuant to Local Rule 78-230(c). This Court will issue a written ruling on the motion.

IT IS SO ORDERED.

**Dated:   March 5, 2008**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1