```
TONY WEST
Assistant Attorney General
VINCENT M. GARVEY
DEPUTY BRANCH DIRECTOR
TAMRA T. MOORE
Attorneys, Civil Division
U.S. Department of Justice
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Telephone:(202) 514-8095

McGREGOR W. SCOTT
United States Attorney
JEFFREY J. LODGE
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
(559) 497-4000

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNACLE ARMOR, INC., | Civ. 1:07CV1655-LBO/DLB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant.[1] | |

Defendant's Motion to Reschedule July 13, 2011 Status Conference is GRANTED. The status conference in the above-

---

[1] Plaintiff has brought this suit against the United States Department of Justice and the National Institute of Justice (collectively, "NIJ").

1

1  captioned matter is now noticed for August 8, 2011, at 9 A.M.
2  Should the parties wish to appear by telephone, a conference call
3  should be arranged and call chambers last at (559) 499-5670.

5  IT IS SO ORDERED.

6  **Dated: July 7, 2011**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE