IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PINNACLE ARMOR, INC., | ) | 1:07cv01655 LJO DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING REQUEST |
| | ) | FOR EXTENSION OF TIME |
| | ) | (Document 52) |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 31, 2012, Defendant United States of America filed a request for an eight day extension of time within which to file the administrative record.  Defendant requests an extension to June 8, 2012, because of technical difficulties encountered on May 30 and May 31, 2012.  Defendant conferred with Plaintiff's counsel, who does not oppose the request.

Accordingly, the request is GRANTED and Defendant SHALL FILE the administrative record no later than June 8, 2012.


IT IS SO ORDERED.

**Dated:   June 1, 2012**                         **/s/ Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE

1