ERIC H. SAIKI (SBN 155762)
  *esaiki@radcliffsaiki.com*
RADCLIFF & SAIKI LLP
21515 Hawthorne Blvd. Suite 650
Torrance, CA 90503
Telephone: (310) 698-0600
Facsimile: (310) 698-0601

Attorneys for Plaintiff, PINNACLE ARMOR, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNACLE ARMOR, INC, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No.:   1:07-cv-01655-LJO-DLB <br><br> **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** <br><br> Old Date:     August 29, 2012 <br> Time:          9:00 a.m. <br> Courtroom:  9 <br><br> New Date:   September 12, 2012 <br> Time:          9:00 a.m. <br> Courtroom:  9 |

1
STIPULATION AND [PROPOSED] TO CONTINUE SCHEDULING CONFERENCE

323-001.122638

1     IT IS HEREBY STIPULATED by and between Plaintiff on the one hand, and Defendant, on the other hand, by and through their counsel of record, to the following:

    1.    By agreement of the parties hereto, the Scheduling Conference currently scheduled for August 29, 2012, shall be continued to September 12, 2012, at 9:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck.

    2.    The parties intend to attend the scheduling conference by telephone.

Dated: August 28, 2012        RADCLIFF & SAIKI, LLP

                                    By: /s/ Eric H. Saiki
                                          Eric H. Saiki
                                      Attorneys for Plaintiff
                                      PINNACLE ARMOR, INC.

Dated: August 28, 2012        STUART F. DELERY
                                      Acting Assistant Attorney General

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      VINCENT M. GARVEY
                                      Deputy Branch Director

                                      By: /s/ Tamra T. Moore
                                          Tamra T. Moore
                                      Attorneys for Defendant
                                      UNITED STATES OF AMERICA

IT IS SO ORDERED.

    Dated: **August 28, 2012**                    /s/ *Dennis L. Beck*
                                                        UNITED STATES MAGISTRATE JUDGE