1  ERIC H. SAIKI (SBN 155762)
       *esaiki@radcliffsaiki.com*
2  RADCLIFF & SAIKI LLP
   21515 Hawthorne Blvd. Suite 650
3  Torrance, CA 90503
   Telephone: (310) 698-0600
4  Facsimile: (310) 698-0601

5  Attorneys for Plaintiff, PINNACLE ARMOR, INC.

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| PINNACLE ARMOR, INC, | Case No.:   1:07-cv-01655-LJO-DLB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| v. |  |
| UNITED STATES OF AMERICA, | Old Date:      August 29, 2012<br>Time:              9:00 a.m.<br>Courtroom:     9 |
| Defendant. | New Date:     September 12, 2012<br>Time:              9:00 a.m.<br>Courtroom:     9 |

---

1

STIPULATION AND [PROPOSED] TO CONTINUE SCHEDULING CONFERENCE

323-001.122638

1    IT IS HEREBY STIPULATED by and between Plaintiff on the one hand,
2 and Defendant, on the other hand, by and through their counsel of record, to the
3 following:
4    1.   By agreement of the parties hereto, the Scheduling Conference
5 currently scheduled for August 29, 2012, shall be continued to September 12,
6 2012, at 9:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck.
7    2.   The parties intend to attend the scheduling conference by telephone.

Dated:  August 28, 2012          RADCLIFF & SAIKI, LLP


                                 By: /s/ Eric H. Saiki
                                        Eric H. Saiki
                                 Attorneys for Plaintiff
                                 PINNACLE ARMOR, INC.


Dated:  August 28, 2012          STUART F. DELERY
                                 Acting Assistant Attorney General

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                 VINCENT M. GARVEY
                                 Deputy Branch Director


                                 By: /s/ Tamra T. Moore
                                        Tamra T. Moore
                                 Attorneys for Defendant
                                 UNITED STATES OF AMERICA


IT IS SO ORDERED.

    Dated:   **August 28, 2012**              /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE