STUART F. DELERY
Principal Deputy Assistant Attorney General
VINCENT M. GARVEY
Deputy Director
TAMRA T. MOORE
Trial Attorney
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8460
E-Mail: Tamra.Moore@usdoj.gov
District of Columbia Bar

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California  93271
Telephone: (559) 497-4000

*Attorneys for Defendant United States*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNACLE ARMOR, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,[1]<br>　　　　　Defendant. | Case No.: 1:07-cv-1655 (LJO)<br><br>STIPULATION REGARDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION TO SUPPLEMENT REVISED ADMINISTRATIVE RECORD |

---

[1] Although the caption of plaintiff's First Amended Verified Complaint ("FAVC") identifies the United States of America as the defendant in this lawsuit, plaintiff's FAVC states that this suit is brought against the United States Department of Justice and the National Institute of Justice (collectively, "the NIJ" or "the Government").

STIPULATION REGARDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION TO SUPPLEMENT REVISED ADMINISTRATIVE RECORD - 1

Plaintiff, Pinnacle Armor, Inc., and defendant, the National Institute of Justice ("NIJ"), stipulate, pursuant to Local Rule 6-144(a) and subject to this Court's approval, that:

1. NIJ has until December 21, 2012, to respond to plaintiff's Motion to Supplement Revised Administrative Record;

2. Plaintiff has until January 4, 2013, to file its reply in support of its Motion to Supplement Revised Administrative Record; and

3. The hearing on plaintiff's Motion to Supplement Revised Administrative Record shall take place on January 11, 2013.

Counsel for NIJ seeks this enlargement of time to accommodate briefing schedules in other cases for which she has primary responsibility.

Dated: November 28, 2012     s/ *Eric H. Saiki*
                             ERIC H. SAIKI

                             Counsel for Plaintiff

Dated: November 28, 2012     s/ *Tamra T. Moore*
                             TAMRA T. MOORE

                             Counsel for Defendant

## ORDER

Based on the above stipulation of all parties to this action, the Court directs that: Defendant's response to plaintiffs' Motion to Supplement Revised Administrative Record be filed on or before December 21, 2012; Plaintiff's reply in support of its Motion to Supplement Revised Administrative Record be filed on or before January 4, 2013; and the hearing on plaintiff's motion will take place at 8:30 AM in Courtroom 4 on January 11, 2013.

IT IS SO ORDERED.

Dated:  **November 28, 2012**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION TO SUPPLEMENT REVISED ADMINISTRATIVE RECORD - 2