STUART F. DELERY
Principal Deputy Assistant Attorney General
VINCENT M. GARVEY
Deputy Director
TAMRA T. MOORE
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave. NW
Washington, D.C. 20530
Telephone: (202) 514-8095
Facsimile: (202) 616-8460
E-Mail: Tamra.Moore@usdoj.gov
District of Columbia Bar

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
JEFFREY J. LODGE
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93271
Telephone: (559) 497-4000

*Attorneys for Defendant United States*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PINNACLE ARMOR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES OF AMERICA,[1] <br> Defendant. | Case No.: cv-07-1655 (LJO) <br><br> STIPULATION REGARDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION TO SUPPLEMENT REVISED ADMINISTRATIVE RECORD <br><br> ORDER ADOPTING REVISED BREIFING SCHEDULE AND VACATING HEARING |

---

[1] Although the caption of plaintiff's First Amended Verified Complaint ("FAVC") identifies the United States of America as the defendant in this lawsuit, plaintiff's FAVC states that this suit is brought against the United States Department of Justice and the National Institute of Justice (collectively, "the NIJ" or "the Government").

STIPULATION REGARDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S
MOTION TO SUPPLEMENT REVISED ADMINISTRATIVE RECORD - 1

Plaintiff, Pinnacle Armor, Inc., and defendant, the National Institute of Justice ("NIJ"), stipulate, pursuant to Local Rule 6-144(a) and subject to this Court's approval, that:

1. NIJ has until January 11, 2013, to respond to plaintiff's Motion to Supplement Revised Administrative Record;

2. Plaintiff has until January 25, 2013, to file its reply in support of its Motion to Supplement Revised Administrative Record; and

3. The hearing on plaintiff's Motion to Supplement Revised Administrative Record shall take place on February 1, 2013.

Counsel for the NIJ requested an extension of time to respond to plaintiff's motion in November due to work obligations. Counsel for NIJ now seeks this additional enlargement of time due to her own illness and the upcoming holidays, during which time agency counsel will be out of the office. Counsel for plaintiff does not oppose this request.

Dated: December 21, 2012         s/ *Eric H. Saiki*
                                 ERIC H. SAIKI
                                 Counsel for Plaintiff

Dated: December 21, 2012         s/ *Tamra T. Moore*
                                 TAMRA T. MOORE
                                 Counsel for Defendant

### ORDER

Based on the above stipulation of all parties to this action, the Court directs that: Defendant's response to plaintiffs' Motion to Supplement Revised Administrative Record be filed on or before January 11, 2013; and Plaintiff's reply in support of its Motion to Supplement Revised Administrative Record be filed on or before January 25, 2013.

STIPULATION REGARDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S
MOTION TO SUPPLEMENT REVISED ADMINISTRATIVE RECORD - 2

Given the nature of the motion, the Court is of the opinion that a hearing will be unnecessary, and hereby VACATES the hearing on plaintiff's motion, originally set for 8:30 AM in Courtroom 4 on February 1, 2013, pursuant to Local Rule 230(g). Should the papers raise issues on which the Court believes oral argument would be helpful, the hearing will be reset.

IT IS SO ORDERED.

Dated: **December 21, 2012**               **/s/ Lawrence J. O'Neill**
                                                             UNITED STATES DISTRICT JUDGE