# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNACLE ARMOR, INC., | CASE NO. 1:07-cv-01655-LJO-SAB |
| Plaintiff, | ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Due to the pending motions in the above-captioned matter, the status conference currently scheduled for January 23, 2013 at 9:00 a.m. is hereby CONTINUED to April 3, 2013 at 9:00 a.m. in Courtroom 9 before Magistrate Judge Stanley A. Boone. The parties shall file an amended joint scheduling report no later than one (1) full week prior to the continued hearing date.

IT IS SO ORDERED.

Dated:   **January 18, 2013**              /s/ **Stanley A. Boone**
                                        UNITED STATES MAGISTRATE JUDGE