# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNACLE ARMOR, INC., | CASE NO. 1:07-cv-01655-LJO-SAB |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DISCOVERY MOTION AND RESPONSE DATES |
| v. | |
| UNITED STATES OF AMERICA, | ORDER CONTINUING STATUS CONFERENCE TO MAY 6, 2013, AT 11:00 A.M. |
| Defendant. | |

Pursuant to the stipulation of the parties, Plaintiff's motion for discovery, or a stipulation for discovery and/or supplementation of the Revised Administrative Record in lieu of a motion for discovery, shall be filed on or before April 19, 2013, and Defendant's response to a motion for discovery, if any, shall be filed on or before April 26, 2013. Due to the outstanding discovery issue, the status conference set for April 3, 2013 at 9:00 a.m. is continued to **May 6, 2013, at 11:00 a.m**. in Courtroom 9 before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **April 2, 2013**

UNITED STATES MAGISTRATE JUDGE