# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PINNACLE ARMOR, INC., | Case No. 1:07-cv-01655-LJO-SAB |
| Plaintiff, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

A scheduling conference was held on June 5, 2013, to set a briefing schedule in this action. The parties are advised that, as District Judge O'Neill set forth in the order addressing Plaintiff's motion to supplement the administrative record, "APA cases are resolved on cross-motions for summary judgment, frequently with the defendant filing an opening brief, the plaintiff filing a single brief encompassing its opposition and cross-motion, followed by a reply from the defendant, and concluding with a reply from the plaintiff." (Order re Plaintiff's Motion to Supplement the Record 24:9-13, ECF No. 81.) Based on the discussion during the hearing,

IT IS HEREBY ORDERED that:

1. Defendant's motion for summary judgment shall be filed on or before July 19, 2013;
2. Plaintiff's cross motion for summary judgment and opposition to Defendant's motion for summary judgment, filed as a single brief, shall be filed on or before August 23, 2013;

3. Defendant's opposition and reply to Plaintiff's cross motion, again filed as a single brief, shall be filed on or before September 13, 2013.

4. Plaintiff's reply shall be filed on or before October 4, 2013; and

5. The hearing on the parties' cross motions for summary judgment is set before District Judge Lawrence J. O'Neill on October 16, 2013, at 11:00 a.m. in Courtroom 4.

IT IS SO ORDERED.

Dated: **June 5, 2013**

UNITED STATES MAGISTRATE JUDGE